Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
## for the
EASTERN District of LOUISIANA

_____ Division

Case No. **20-00873 SECT.DMAG.4**
(to be filled in by the Clerk's Office)

JOSEPH SIMMONS JR

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

PARISH OF JEFFERSON / RISK MANAGEMENT
CORNEL JACKSON PARISH OF JEFFERSON
PAUL CONNICK JR D.A JEFFERSON

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Jury Trial: *(check one)* ☑ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: JOSEPH SIMMONS JR
Street Address: 555 EAST MARLIN CT
City and County: TERRYTOWN
State and Zip Code: LA. 70056
Telephone Number: 504 7566231
E-mail Address: JOS-MARY@ATT.NET

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 5

## Defendant(s)

Parish of Jefferson/Risk Management Department

Cornel Jackson Employee Parish of Jefferson

Paul Connick Jr District Attorney Parish of Jefferson

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

- Name: PARISH OF JEFFERSON
- Job or Title (if known): RISK MANAGEMENT DEPARTMENT
- Street Address: 1221 ELMWOOD PARK BLVD. (SUITE 1002)
- City and County: HARAHAN
- State and Zip Code: LOUISIANA 70123
- Telephone Number:
- E-mail Address (if known):

Defendant No. 2

- Name: CORNEL JACKSON
- Job or Title (if known): JEFFERSON PARISH EMPLOYEE
- Street Address: 1221 ELMWOOD PARK BLVD. (SUITE 1002)
- City and County: HARAHAN
- State and Zip Code: LOUISIANA 70123
- Telephone Number:
- E-mail Address (if known):

Defendant No. 3

- Name: PAUL D. CONNICK JR
- Job or Title (if known): JEFFERSON PARISH DISTRICT ATTORNEY
- Street Address: 1221 ELMWOOD PARK BLVD (SUITE 1002)
- City and County: HARAHAN
- State and Zip Code: LOUISIANA 70123
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4

- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question   ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

28 US CODE § 2403

18 US CODE CH. 47

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
    
    The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation
    
    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
    and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
    
    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

      b.    If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ , and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

   3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

ATTACHED

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

ATTACHED

## STATEMENT OF CLAIM

Parish of Jefferson Risk Management Department is Insurance Agency; responsible for investigation of all incidents/accidents associated with Parish of Jefferson.  On Nov. 8, 2013; Parish of Jefferson Risk Management Department failed to investigate incident/accident Dated Nov. 08, 2013.  District Court 24th Judicial for the Parish of Jefferson, on Nov. 29, 2017 Exhibit (A) reviewed complaint; District Attorney Paul Connick Jr. is a part of  Parish Judicial Body. Risk Management Department for Parish of Jefferson third party contract practice, allowed Connick and Connick Law Firm to represent Parish of Jefferson.  State Constitution Article V:  Judicial Branch Exhibit (B) **Paragraph (26) District Attorney** (C) **Prohibition**: No district attorney or assistant district attorney shall appear, plead, or in any way defend or assist in defending any criminal prosecution or charge.  Paul Connick Jr  is Parish of Jefferson District Attorney, **since** 1997 Exhibit (C) Parish of Jefferson Internet Profile Dated 5/14/2019.  Paul Connick Jr. is also a member of Connick and Connick Law Firm; Exhibit (D) Louisiana Business Filing list  William Connick  Member Manager and Paul D. Connick Jr. Member; filing shows 50/50 entity.  Business Letter Dated Sept. 8, 2016 Exhibit (E) list Paul D. Connick Jr of Counsel for Law Firm; business response sent by Michael S. Futrell Connick and Connick  Law Firm

Representative. Cornel Jackson Parish of Jefferson Employee; misrepresented facts of event that caused incident during trial on Nov. 29, 2017 Exhibit (A). Failed investigation of incident by Jefferson Parish Risk Management Department allowed this misrepresentation of incident which Parish employee gave.